444 F.2d 532
 Michael E. STEPHEN, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
No. 71-1369 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 cir., 1970, 431
F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 July 16, 1971.
 
 Phillip Bordages, Beaumont, Tex., for petitioner-appellant.
 Roby Hadden, U.S. Atty., James W. Knowles, Asst. U.S. Atty., Tyler, Tex., for respondent-appellee.
 Appeal from the United States District Court for the Eastern District of Taxas; Joe J. Fisher, Chief Judge.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] United States v. Woodall, 5 Cir., 1971, 438 F.2d 1317 (en banc).
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 968